FILED

2010 Sep-20  AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY LEJUAN COOK | ) |
| | ) |
| Petitioner, | ) |
| v. | ) NO. 1:08-cv-2402-RBP-PWG |
| | ) |
| FEDERAL BUREAU OF PRISONS, ET AL., | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 5, 2010, recommending

that the petition for writ of habeas corpus be dismissed with prejudice.  The parties were allowed

fifteen days in which to file objections to the magistrate judge's recommendation.  No objections

have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file the Court

is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his

recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be

DISMISSED with prejudice.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 20th day of September, 2010.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**